**IAN HEUSTON # 235233**
Law Offices of
Thomas J. Richardson & Associates
2950 Mariposa, Suite 200
Fresno, California 93721
Tel: 559-264-6481
Fax: 559-264-0240

Attorney for Defendant
Juan Rosas Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JUAN ROSAS,<br><br>　　　　Defendant. | Case No.: 05-CR-00349-OWW<br><br>STIPUALATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Dated: September 18, 2006<br>Time: 9:00AM<br>Judge: Oliver W. Wanger |

　　　The parties hereto, by and through their respective attorneys, stipulate and agree the status conference/motions currently scheduled for September 18, 2006 be continued to September 25, 2006 at 9:00am. in the above-entitled court.  Time is excluded pursuant to the Speedy Trial Act for further investigation and preparation of the case.

//
//
//
//
//

- 1

PDF created with pdfFactory trial version www.pdffactory.com

DATED: September 18, 2006

By   /s/ Stanley Boone
STANLEY BOONE
Assistant U.S. Attorney

Dated: September 18, 2006     /s/ Ian Heuston
IAN F. HEUSTON
Attorney for Defendant

SO ORDERED:

DATED:___9/16/06_____     __/s/ Oliver W. Wanger__
OLIVER W. WANGER
U.S. DISTRICT COURT JUDGE

- 2

PDF created with pdfFactory trial version www.pdffactory.com