1  **IAN HEUSTON # 235233**
   **Attorney at Law**
2  Law Offices of
   Thomas J. Richardson & Associates
3  2950 Mariposa Suite 200
   Fresno California, 93721
4  Tel: (559) 264-6481
   Fax: (559) 264-0240
5
   Attorney for Defendant
6  Juan Rosas

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTEICT OF CALIFORNIA**

10

11 | UNITED STATES OF AMERICA, | ) Case No.: 1:05-cr-00349-OWW |
12 |         Plaintiff,         | ) **STIPUALATION AND ORDER TO** |
   |                            | ) **CONTINUE JURY TRIAL**       |
13 |     vs.                    | )                               |
14 | JUAN ROSAS,                | ) Dated: October 17, 2006       |
   |                            | ) Time: 1:00 P.M.               |
15 |         Defendant.         | ) Judge: Oliver W. Wanger       |

18     IT IS HEREBY STIPULATED by and between the parties hereto
19 through their respective counsel, Stanley A. Boone, Assistant
20 United States Attorney, for Plaintiff United States, and Ian
21 Heuston for defendant Juan Rosas, that the Jury Trial currently
22 scheduled for 10/17/2006 be continued to 10/31/2006 at 1:00 p.m.
23 in the above-entitled court.
24     The parties also agree that the delay resulting from the
25 continuance shall be excluded in the interests of justice,
26 pursuant to 18 U.S.C. sec. 3161 (h)(8)(A).  The reason for the
27 continuance is for further plea negotiations.

- 1 -

```
Dated: 10/12/2006
                              By   /s/ Stanley A. Boone____
                                   STANLEY A. BOONE
                                   Assistant U.S. Attorney


Dated: 10/12/2006                  /s/ Ian F. Heuston_____
                                   IAN F. HEUSTON
                                   Attorney for Defendant



                         * * * * * * * * * * * *

                                 **ORDER**

     IT IS SO ORDERED.


DATED: 10/12/06
                                   /s/ Oliver W. Wanger
                                   OLIVER W. WANGER
                                   U.S. DISTRICT COURT JUDGE
```

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com