**IAN HEUSTON # 235233**
**Attorney at Law**
Law Offices of
Thomas J. Richardson & Associates
2950 Mariposa Suite 200
Fresno California, 93721
Tel: (559) 264-6481
Fax: (559) 264-0240

Attorney for Defendant
Juan Rosas Jr.

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTEICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:05-cr-00349-OWW |
| Plaintiff, | **STIPUALATION AND ORDER TO CONTINUE SENTENCING** |
| vs. | |
| JUAN ROSAS, | Dated: March 5, 2007 |
| | Time: 9:00 A.M. |
| Defendant. | Judge: Oliver W. Wanger |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney, for Plaintiff United States, and Ian Heuston for defendant Juan Rosas, that the Sentencing currently scheduled for 3/5/2007 be continued to 4/30/2007 at 9:00 a.m. in the above-entitled court.

   The parties also agree that the delay resulting from the continuance shall be excluded in the interests of justice, pursuant to 18 U.S.C. sec. 3161 (h)(8)(A). Defendant has tendered a guilty plea.

- 1

```
Dated: 1/17/2007
                                    By    /s/ Stanley A. Boone____
                                          STANLEY A. BOONE
                                          Assistant U.S. Attorney


Dated: 1/17/20007                         /s/ Ian F. Heuston_____
                                          IAN F. HEUSTON
                                          Attorney for Defendant
```

************

**ORDER**

IT IS SO ORDERED.

DATED: 3/5/07.
```
                                          /s/ Oliver W. Wanger
                                          OLIVER W. WANGER
                                          U.S. DISTRICT COURT JUDGE
```

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com