IAN F. HEUSTON #235233
Attorney at Law
Law Offices of
Thomas J. Richardson & Associates
2950 Mariposa St. Suite 200
Fresno, California  93721
Tel: (559) 264-6481
Fax: (559) 264-0240

Attorney for Defendant
JUAN ROSAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JUAN ROSAS,<br><br>　　　　Defendant. | Case No: 05-CR-00349 OWW<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>Date: July 9, 2007<br>Time: 9:00 A.M.<br>Judge: Oliver W. Wanger |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing currently scheduled for April 30, 2007, be continued to July 9, 2007 at 9:00 AM in the above-entitled court. Time is excluded pursuant to the Speedy Trial act as defendant has tendered a guilty plea.

//

//

//

1

//

                                                   Respectfully submitted,

Dated: May 1, 2007                            By /s/Stanley Boone
                                                    STANLEY BOONE
                                                    Assistant U.S. Attorney

Dated: May 1, 2007.                           By /s/ Ian F. Heuston
                                                    IAN HEUSTON
                                                    Attorney for Defendant

SO ORDERED:

Dated: 4/27/07                                /s/ Oliver W. Wanger
                                                    _____
                                                    OLIVER W. WANGER
                                                    U.S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com