```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>  ) <br>         Plaintiff,     )<br>    vs.                      )<br>                              )<br>**JUAN ROSAS**                  )<br>                              )<br>         Defendants.    )<br>_____) | 1:05-CR-00349 OWW<br><br>ORDER EXONERATING BOND<br>AND FOR RETURN OF NOTES<br>AND DEEDS OF TRUST |

The above-named defendant having been sentenced, and now being in the custody of the Bureau of Prisons, it is hereby ordered that the bond be exonerated and all notes and deeds of trust be returned to the sureties.

**Deed # 2006-0133463**
IT IS SO ORDERED.

Dated:   December 16, 2009            /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE